I believe we have Mr. Jallow here, please step forward Mr. Jallow, good afternoon, you can start whenever you're ready. So essentially, I don't have the case, so I'm pro se, I essentially I feel like I was a victim to deprive me of my rights based on characteristics that were protected such as my national origin, my race, my color, and likewise. I essentially have sued in the district court, and the judge dismissed the case on the basis of, I believe it was just a lack of substance as it pertained to subject matter. I believe that was a discretional, discretional abuse complaint and essentially on the basis of, he erred in the fact that he chose not to hear the case. And just in the face of resounding facts and allegations that would prove, as I feel would prove my case, the judge felt that there was none there. So I felt like it was just deliberate discretion. So essentially I feel like it was a violation of the Civil Rights Act in Hull, because the Civil Rights Act's purpose was to protect all parts of the United States and furnish in the means of their vindication. So it was passed and, so that was it. I'm sorry. Are you finished? So would it be possible to ask for a reschedule? No. No, this is your opportunity to say whatever you wish to say. So essentially the judge committed, I believe, a discretion, an abuse of discretion. He violated my due process right. He essentially kept siding with the municipality despite there was municipality custom policy and practice to deprive me of my rights and then to deliberately ignore every attempt I made to wrong this right. I filed a claim with the court and everything alerting what was going on. The court would feel like it was not adequate enough. It did not elevate to provide enough adequate facts and allegations to support what I was claiming in the sense of what I was legally claiming as in case law and then the interpretation of what I was saying as he perceived it. I'm a little discombobulated. I just came back from a trip and unfortunately I have the wrong case file. So it's not in the back of my memory. So that's how I act. All right. That's fine. And also obviously we have your written submission as well. So I understand. All right. Thank you very much, Mr. Jowell. We're going to reserve the decision. Thank you. Have a good day. You too. All right. The last two cases on the calendar on submission, United States versus Carter and United States versus Reagan. So that completes the business of the court with thanks to Miss Rodriguez. I'll ask her to adjourn court. Court stands adjourned.